No. 64746.—The Durst Manufacturing Co., Inc. v. United States, protests 306600–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of "Twin Mix" of the same kind in all material respects as the articles the subject of *The Durst Manufacturing Co., Inc.* v. *United States* (43 Cust. Ct. 280, C.D. 2142), the claim of the plaintiff was sustained.

No. 64747.—Lipman's v. United States, protest 58/3536 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of ball cock assemblies, which are constituent and integral parts of toilet-box assemblies, the same in all material respects as those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (36 Cust. Ct. 220, C.D. 1778), the claim of the plaintiff was sustained.

No. 64748.—Geo. Joannou Cycle Co., Inc. v. United States, protest 59/20657 (New York).

Opinion by LAWRENCE, J. An examination of the official papers substantiating the allegation and following Abstract 54925, the protest was dismissed.